CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

OCT 3 0 2012

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| HERMAN RALPH ADKINS, | ) |
| Plaintiff, | ) Civil Action No. 1:11cv00087 |
| v. | ) |
| | ) By:  Michael F. Urbanski |
| WOODROW MCGLOTHLIN, | )      United States District Judge |
| Defendant. | ) |

## ORDER

In accordance with the Memorandum Opinion entered this date, it is hereby **ORDERED** that the Report and Recommendation entered by the Magistrate Judge is adopted in its entirety; the motion to dismiss (Dkt. #30) filed by defendant Woodrow McGlothlin is **GRANTED**; and the motion for discovery (Dkt. # 33) filed by plaintiff Herman Ralph Adkins is **DENIED as moot**. This action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for the defendant.

Entered: 10/29/2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge